**Order entered September 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00557-CV

**CHARLES ANTHONY ALLEN SR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## ORDER

Before the Court is appellant's "objections to the Court of Appeals' third deadline to the Dallas County District Clerk's failure to produce court records." We construe the "objections" as a motion and **DENY** the motion.

/s/  CRAIG STODDART
    JUSTICE